IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00616-BNB-CBS

VLADIMIR SELIVERSTOV, and
GALINA SELIVERSTOV,
    Plaintiffs,
v.

HUNTER DOUGLAS WINDOW FASHION, INC.,
    Defendant.
_____

ORDER TO APPEAR AT SETTLEMENT CONFERENCE
_____

Magistrate Judge Craig B. Shaffer

    Pursuant to the "Order Referring Case . . ." dated September 2, 2005 (doc. # 14), this civil action was referred to Magistrate Judge Shaffer for settlement proceedings. This case is currently scheduled for a settlement conference before Magistrate Judge Craig B. Shaffer on Monday March 13, 2006 at 3:30 p.m.

    On March 6, 2006, the court received a letter from Plaintiffs Vladimir and Galina Seliverstov indicating that "dismiss the services of" their counsel, Michael O'Malley and Ronald A. Podboy. *Pro se* filings submitted while a party is represented by counsel may properly be stricken. *See United States v. Blum*, 65 F.3d 1436, 1443 n. 2 (8th Cir. 1995) (refusing to consider *pro se* filings when a party is represented by counsel) (citations omitted); *Ahmad v. Independent Order of Foresters*, 81 F.R.D. 722, 730 (D.C. Pa. 1979) (Since plaintiffs were represented by an attorney, their pleadings and other papers must be signed by him, and defendant need not respond to any papers

1

filed *pro se* by the plaintiffs so long as they continue to be represented by counsel).  As the court has not received or granted any motion by Plaintiffs' counsel to withdraw, the settlement conference set Monday March 13, 2006 at 3:30 p.m. shall proceed as scheduled.  Accordingly,

IT IS ORDERED that:

1. The settlement conference set Monday March 13, 2006 at 3:30 p.m. shall proceed as scheduled.

2. Plaintiffs Vladimir and Galina Seliverstov and their counsel, Michael O'Malley and Ronald A. Podboy, are all required to appear in person for the settlement conference on Monday March 13, 2006 at 3:30 p.m. at the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado, 4th Floor, Courtroom 402.

DATED at Denver, Colorado, this 7th day of March, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
United States Magistrate Judge