IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00616-BNB-CBS

VLADIMIR SELIVERSTOV, and
GALINA SELIVERSTOV,

Plaintiffs,

v.

HUNTER DOUGLAS WINDOW FASHIONS, INC.,

Defendant.
_____

**ORDER**
_____

This matter is before me on the following:

(1) **Motion to Withdraw** [Doc. # 28, filed 3/8/06];

(2) **Letter** [Doc. # 26, filed 3/6/06] submitted by the plaintiffs and not by their attorneys, which requests "an extension of approximately 2 months in order to conduct further investigation with regard to the defendant." I will construe the letter as a motion for extension of time; and

(3) **Letter** [Doc. # 35, filed 3/24/06] submitted by the plaintiffs and not by their attorneys, which again requests "some additional time for further investigation of our case." I will construe this letter also as a motion for extension of time.

I held a hearing on the motions this afternoon and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Withdraw is GRANTED. Michael J. O'Malley and Ronald A. Podboy are relieved of any further responsibility in the case.

IT IS FURTHER ORDERED that the plaintiffs' requests for additional time contained in the letters is GRANTED to the following extent only:

(a) The plaintiffs shall have to and including **May 5, 2006**, within which to respond to *Hunter Douglas Window Fashions, Inc.'s Motion for Summary Judgment* [Doc. # 32, filed 3/20/06] (the "Motion for Summary Judgment"); and

(b) In the event the plaintiffs obtain substitute counsel on or before May 5, 2006, I will consider extending further the response to the defendant's Motion for Summary Judgment upon an appropriate motion and showing under Fed. R. Civ. P. 56(f). If substitute counsel does not enter an appearance on or before May 5, 2006, the plaintiffs must file their response to the Motion for Summary Judgment *pro se*.

IT IS FURTHER ORDERED that the final pretrial conference set for **June 22, 2006**; all deadlines established in the Trial Procedures Order [Doc. # 22, filed 12/1/05]; and the trial set for **July 10, 2006**, all are VACATED.

Dated March 29, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge