IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00616-BNB-CBS

VLADIMIR SELIVERSTOV, and
GALINA SELIVERSTOV,

Plaintiffs,

v.

HUNTER DOUGLAS WINDOW FASHIONS, INC.,

Defendant.

_____

**ORDER**
_____

This matter is before me on the plaintiffs' **Motion to Dismiss Without Prejudice** [Doc. # 41, filed 6/14/06] (the "Motion"). The defendant responded to the Motion [Doc. # 43, filed 6/16/06], indicating that it "has no objection to entry of an order of dismissal without prejudice." Accordingly,

IT IS ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that this action is DISMISSED WITHOUT PREJUDICE, each party to pay his, her, or its own costs and attorneys' fees.

Dated June 23, 2006.

BY THE COURT:

  s/ Boyd N. Boland
United States Magistrate Judge